

# IN THE
# TENTH COURT OF APPEALS

### No. 10-09-00161-CR

**JULIO ROSAS,**

                                                                                **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                                **Appellee**

**From the 54th District Court
McLennan County, Texas
Trial Court No. 2006-1614-C2**

## MEMORANDUM  OPINION

Julio Rosas was convicted of possession of a controlled substance, cocaine, and sentenced to 18 months in a state jail facility. *See* TEX. HEALTH & SAFETY CODE ANN. § 481.115(b) (Vernon 2003). The sentence was suspended and Rosas was placed on community supervision. His community supervision was eventually revoked and Rosas was sentenced to 18 months in a state jail facility and a $1,000 fine. Rosas appealed that conviction but has now filed a Motion to Dismiss Appeal requesting this Court to withdraw the notice of appeal and dismiss the appeal. Rosas personally signed the motion to dismiss.

Accordingly, the appeal is dismissed.  TEX. R. APP. P. 42.2(a).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Appeal dismissed
Opinion delivered and filed July 22, 2009
Do not publish
[CR25]